UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARTE GOMES,

    Plaintiff,

-vs-                                                    CASE NO.:  8:16-CV-02861

SYNCHRONY BANK,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, DARTE GOMES, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, DARTE GOMES, and Defendant, SYNCHRONY BANK, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via E-Filing to all parties of record this 13th day of February, 2017.

Respectfully Submitted,

/S/ Shaughn C. Hill, Esquire
Shaughn C. Hill, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
shill@forthepeople.com
Florida Bar #: 0105998
Attorney for Plaintiff