UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARTE GOMES

    Plaintiff,

v.                              CASE NO. 8:16-cv-2861-T-23MAP

SYNCHRONY BANK,

    Defendant.
_____/

## **ORDER**

The plaintiff announces (Doc. 17) a settlement of this action. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on February 15, 2017.

*[signature]*
_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE